UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DANA WATSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:24-cv-00646-SEP |
| | ) |
| CROSSROADS HOSPICE OF | ) |
| ST. LOUIS, LLC, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Before the Court is Plaintiff's Motion to Add Claims, Doc. [23], which the Court construes as a Motion for Leave to File an Amended Complaint. Defendant has not responded, and the time for doing so has passed. For the reasons set forth below, the motion is granted.

On July 18, 2024, the Court dismissed Plaintiff's claims under Title VII of the Civil Rights Act of 1964 and the Americans with Disabilities Act of 1990 for failure to exhaust her administrative remedies. *See* Doc. [18] at 3. Plaintiff claims she has now received her notice of a right to sue and seeks to add back her Title VII and ADA claims.[1] Pursuant to Federal Rule of Civil Procedure 15(a)(2), "[t]he court should freely give leave when justice so requires." Defendant has not provided any reason to deny Plaintiff's request. As such, the Court will allow Plaintiff to file an amended complaint, supplemented by her charge of discrimination and her right-to-sue letter. The filing of an amended complaint completely replaces the original complaint and all supplements, so Plaintiff must include every claim she wishes to pursue in the amended complaint. *See In re Wireless Tel. Fed. Cost Recovery Fees Litig.*, 396 F.3d 922, 928 (8th Cir. 2005).

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Add Claims, Doc. [23], is **GRANTED**. Plaintiff shall, within fourteen (14) days of the date of this Order, file an amended complaint.

**IT IS FURTHER ORDERED** that Plaintiff's Pro Se Motion for Clarity, Doc. [20], is **DENIED** as moot.

Dated this 8th day of January, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motion to amend includes a copy of her right-to-sue letter. *See* Doc. [24] at 12-13.

1